Erik M. Corlett, Esq.
**PASHMAN STEIN WALDER HAYDEN, P.C.**
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
P: (201) 488-8200
ecorlett@pashmanstein.com
Attorneys for Defendant
Piscataway Township Board of Education

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| S.P. on behalf of her minor daughter, K.H., <br><br> Plaintiff, <br><br> v. <br><br> PISCATAWAY TOWNSHIP BOARD OF EDUCATION, <br><br> Defendant. | **Civil Action No.: 2:18-CV-10037-CCC-MF** <br><br> **Filed Electronically** <br><br><br> **DECLARATION OF** <br> **ERIK M. CORLETT, ESQ.** |
| PISCATAWAY TOWNSHIP BOARD OF EDUCATION, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> T.S. on behalf of her minor son, K.B., <br><br> Third-Party Defendant. | |

I, Erik M. Corlett, an adult individual, hereby depose and state the following pursuant to 28 U.S.C. § 1746:

1

1. I am an attorney at law of the State of New Jersey and a Member of the law firm of Pashman Stein Walder Hayden, P.C., attorneys for Defendant Piscataway Township Board of Education. As such, I am personally familiar with the facts set forth herein.

2. On July 3, 2019, the Honorable Mark Falk, U.S.M.J., issued an Order in this matter scheduling an in-person conference for July 31, 2019. The Order also directed counsel for Defendant Piscataway Township Board of Education to serve a copy of the Order upon *pro se* Third-Party Defendant T.S., on behalf of her minor son, K.B., by express mail within 5 days of its receipt and to place proof of service on the Court's docket. See ECF. Doc. No. 35.

3. On July 3, 2019, a copy of this Order was sent to Third-Party Defendant T.S., on behalf of her minor son, K.B., via Overnight Mail, Certified Mail, and Regular Mail to 7 Creekside Way, Burlington Twp., New Jersey 08016, and via E-mail to an email account address believed to be associated with T.S. See Exhibit A appended hereto with UPS Delivery Confirmation, Cover Email with Letter Attachment, and Certified Mail Receipt.

4. I declare under penalty of perjury that the foregoing is true and correct.

                                              /s/ Erik M. Corlett
                                              Erik M. Corlett

Dated: July 8, 2019

# EXHIBIT A

## Erik Corlett

| | |
|---|---|
| **From:** | Erik Corlett |
| **Sent:** | Wednesday, July 03, 2019 3:07 PM |
| **To:** | tamie1349@yahoo.com |
| **Cc:** | Aurore DeCarlo; Adam Massey; Yelena Yukhvid |
| **Subject:** | S.P. o/b/o minor K.H. v. Piscataway Township School District v. T.S. o/b/o minor, K.B. Civ. Action No.: 2:18-CV-10037-CCC-MF |
| **Attachments:** | 1532_001.pdf |

Dear T.S.,

I represent the Piscataway Board of Education in the above referenced matter. Attached is a letter that we have sent to you in the mail with an Order dated July 3, 2019 from the Honorable Mark Falk, U.S.M.J., scheduling an in-person conference with the Court on **July 31, 2019, at 10:30 A.M. at the United States Post Office & Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey**. Please note that your attendance is required at this conference pursuant to the Order. Please be guided accordingly.

Regards,

Erik M. Corlett
Member of the Firm
Direct: 201.639.2009
Email •



PashmanStein WalderHayden

Court Plaza South 21 Main Street, Suite 200
Hackensack, NJ 07601 Phone: 201.488.8200 Fax: 201.488.5556
www.pashmanstein.com

1

Erik M. Corlett
Member of the Firm
ecorlett@pashmanstein.com
Direct: 201.639.2009



July 3, 2019

**VIA OVERNIGHT MAIL, CERTIFIED MAIL (RRR), REGULAR MAIL, AND E-MAIL
(tamie1349@yahoo.com)**
T.S. on behalf of her minor son, K.B.
7 Creekside Way
Burlington Twp., New Jersey 08016

Re:   S.P. o/b/o minor K.H. v. Piscataway Township School District v. T.S. o/b/o minor, K.B.
      Civ. Action No.: 2:18-CV-10037-CCC-MF

Dear T.S.:

      This Firm represents the Piscataway Board of Education in the above matter. Enclosed please find an Order dated July 3, 2019 from the Honorable Mark Falk, U.S.M.J., scheduling an in-person conference with the Court on **July 31, 2019**, at **10:30 A.M.** at the United States Post Office & Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey. **Please note that your attendance is required at this conference pursuant to the Order.** Please be guided accordingly.

      Thank you for your attention to this matter.

Very truly yours,

Erik M. Corlett

Enc.

cc:   Adam Massey, Esq. (via email)

Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601

Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| S.P. on behalf of her minor daughter, K.H.,<br><br>                               **Plaintiff,**<br><br>v.<br><br>PISCATAWAY TOWNSHIP BOARD OF EDUCATION,<br><br>                               **Defendant.**<br><br>PISCATAWAY TOWNSHIP BOARD OF EDUCATION,<br><br>                               **Third-Party Plaintiff,**<br><br>v.<br><br>T.S. on behalf of her minor son, K.B.,<br><br>                               **Third-Party Defendant.** | Civil Action No. 18-10037 (CCC)<br><br><br><br><u>ORDER</u> |

**IT IS on this 3rd day of July 2019,**

**ORDERED** that, there shall be an **in-person** conference before the Undersigned on **July 31, 2019, at 10:30 a.m.** at the United States Post Office & Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey. **Counsel for Plaintiff, Counsel for Defendant, and Third-Party Defendant T.S., on behalf of her minor son, K.B. shall attend the conference in-person**. Failure to comply with this Order will result in the imposition of the full range of available sanctions. See Fed. R. Civ. P. 16(f), 37; and it is further

**ORDERED** that, Counsel for Defendant shall serve a copy of this Order upon *pro se* Third-Party Defendant T.S., on behalf of her minor son, K.B., by express mail within **5 days** of its receipt and place proof of service on the Court's docket.

s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**

**Erik Corlett**

---

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **Sent:** | Wednesday, July 03, 2019 2:26 PM |
| **To:** | njdefiling@njd.uscourts.gov |
| **Subject:** | Activity in Case 2:18-cv-10037-CCC-MF S.P. v. PISCATAWAY TOWNSHIP SCHOOL DISTRICT et al Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 7/3/2019 at 2:25 PM EDT and filed on 7/3/2019
**Case Name:**      S.P. v. PISCATAWAY TOWNSHIP SCHOOL DISTRICT et al
**Case Number:**    2:18-cv-10037-CCC-MF
**Filer:**
**Document Number:** 35

**Docket Text:**
**ORDER that, there shall be an in-person conference before the Undersigned on July 31, 2019, at 10:30 a.m. at the United States Post Office & Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey. Counsel for Plaintiff, Counsel for Defendant, and Third-Party Defendant T.S., on behalf of her minor son, K.B. shall attend the conference in-person.. Signed by Magistrate Judge Mark Falk on 7/3/2019. (ld, )**


**2:18-cv-10037-CCC-MF Notice has been electronically mailed to:**

ADAM GORDON MASSEY     adam@cagoldberglaw.com

ERIK M. CORLETT     ecorlett@pashmanstein.com, sherring@pashmanstein.com

MAXIEL LISSETTE GOMEZ     MGOMEZ@PASHMANSTEIN.COM

YELENA YUKHVID     yyukhvid@pashmanstein.com

**2:18-cv-10037-CCC-MF Notice has been sent by regular U.S. Mail:**

1

T.S.
7 CREEKSIDE WAY
BURLINGTON, NJ 07016

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=7/3/2019] [FileNumber=12727365-0
] [5313b24d1a845e8d26bb14e36934bfdce0f7f3f55e8fff7f68e6858a0311ef152fd
c5d8104c4b581a7d34baf0a05644c98f9b6d68589240649b80c4fefc03dee]]

# Erik Corlett

| | |
|---|---|
| **From:** | UPS Quantum View <pkginfo@ups.com> |
| **Sent:** | Friday, July 05, 2019 10:18 AM |
| **To:** | Erik Corlett |
| **Subject:** | UPS Delivery Notification, Tracking Number 1ZV180100196059602 |



**Your package has been delivered.**

**Delivery Date:** Friday, 07/05/2019
**Delivery Time:** 10:14 AM



| Set Delivery Instructions | Get Free Alerts | View Delivery Planner |

At the request of PASHMAN STEIN PC this notice alerts you that the status of the shipment listed below has changed.

## Shipment Detail

| | |
|---|---|
| **Tracking Number:** | **1ZV180100196059602** |
| **Ship To:** | T.S. o/b/o her minor son, K.B.<br>7 CREEKSIDE WAY<br>BURLINGTON, NJ 08016<br>US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Number of Packages:** | 1 |
| **Package Weight:** | 0.0 LBS |
| **Delivery Location:** | FRONT DOOR |
| **Reference Number 1:** | 3375-001 |

1

**Reference Number 2:**  EMC-Letter

 

**COMPLIMENTARY 1-YEAR MEMBERSHIP**
Unlimited free 2-day shipping and free returns at 100+ retailers

**ENROLL NOW**

 Download the UPS mobile app

© 2019 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this e-mail. UPS will not receive any reply message. For more information on UPS's privacy practices, refer to the UPS Privacy Notice. For questions or comments, visit the Help and Support Center.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.

**UPS Privacy Notice**

**Help and Support Center**

2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

7018 0680 0002 1097 4141

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

[Postmark: USPS JUL 3 2019 SO. HACKENSACK]

Postage
$
Total Postage and Fees
$

Sent To T.S. o/b/o her minor son, K.B.
Street and Apt. No., or PO Box No. 7 Creekside Way
City, State, ZIP+4® Burlington, NJ 08016

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions