**Erik M. Corlett**
Member of the Firm
ecorlett@pashmanstein.com
Direct: 201.639.2009



February 18, 2020

**VIA CM/ECF**
The Honorable Edward S. Kiel, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square, Courtroom 8
Newark, New Jersey 07102

   Re: S.P. o/b/o minor K.H. v. Piscataway Township Board of Education v. T.S.
      o/b/o minor, K.B., Civ. Action No.: 2:18-CV-10037-CCC-ESK

Dear Judge Kiel:

  Our office represents defendant and third-party plaintiff the Piscataway Board of Education ("BOE") in the above-referenced matter. Pursuant to my discussion with your law clerk, this will confirm that this matter has been amicably resolved, and we will be filing appropriate stipulations of dismissal in the future.

  Thank you.

                Respectfully submitted,

                /s/ Erik M. Corlett
                ERIK M. CORLETT

EMC/sh

cc: All Counsel of Record (via CM/ECF)
   T.S. (via Email and Certified Mail)

Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601

Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com