UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| S.P. on behalf of her minor daughter, K.H., <br><br> Plaintiff, <br><br> v. <br><br> PISCATAWAY TOWNSHIP BOARD OF EDUCATION, <br><br> Defendant. | Civil Action No.: 2:18-CV-10037-CCC-ESK <br><br> Filed Electronically <br><br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, K.H., and Defendant, the Piscataway Township Board of Education, (collectively the "Parties"), that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action be dismissed with prejudice as to all claims and causes of action that were raised by either Party in this action without costs or fees to any party.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

By: _____
Erik M. Corlett, Esq.
Pashman Stein Walder Hayden, P.C.
21 Main Street
Hackensack, NJ 07601
(201) 488-8200
ecorlett@pashmanstein.com
*Attorneys for Defendant Piscataway Board of Education*

Dated: ~~January~~ March 25, 2020

**C.A. GOLDBERG PLLC**

By: _____
Adam Massey, Esq.
C.A. GOLDBERG PLLC
16 Court Street, Suite 2500
Brooklyn, NY 11241
(646) 666-8908
adam@cagoldberglaw.com
*Attorneys for Plaintiff*

Dated: ~~January~~ February ___, 2020

1